UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. |
| | ) | |
| Plaintiff, | ) | **'08 MJ 2002** |
| | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | |
| **Jose DELGADO-Avalos,** | ) | Title 8, U.S.C., Section 1326 |
| | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |
| | ) | |

08 JUL -1 AM 9: 55

The undersigned complainant, being duly sworn, states:

On or about **June 29, 2008** within the Southern District of California, defendant, **Jose DELGADO-Avalos,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **1ˢᵗ** DAY OF **JULY, 2008**

_____
Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose DELGADO-Avalos**

### PROBABLE CAUSE STATEMENT

On June 29, 2008, Border Patrol Agent K. Ayala, was assigned to line watch duties in the Chula Vista Area of Operations. At approximately 10:20 a.m., Agent Ayala responded to a seismic intrusion device activation in an area commonly known as "Boulder Canyon." This area is located approximately four miles east from the Otay Mesa, California Port of Entry and approximately two miles north of the United States/Mexico International boundary.

Agent Ayala responded to the area and observed one individual walking on a trail. Agent Ayala approached the subject and identified herself as a Border Patrol Agent. Agent Ayala then questioned the suspect as to his citizenship and nationality. The subject later identified as the defendant **Jose DELGADO-Avalos** admitted to being a citizen and national of Mexico without any immigration documents to be in or remain in the United States legally. The defendant was placed under arrest and transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on March 18, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights. The defendant stated that he understood and was willing to answer questions without an attorney present. The defendant stated that he illegally entered the United States and is a citizen and national of Mexico, without any immigration documents that would allow him to be in and stay in the United States legally.