AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE DELGADO-AVALOS | CASE NUMBER: 08CR 2389 - W&H |

   I, JOSE DELGADO-AVALOS , the above named defendant, who is accused committing the following offense:

   Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/22/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jose Delgado_
Defendant

_Donald B. [signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer


FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  MB  DEPUTY